

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00075-CR

_____

GABRIEL P. SALAS, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1714198D

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Appellant Gabriel P. Salas has filed a pro se notice of appeal,[1] but there is no record of a final judgment or an appealable order. Because a final judgment or an appealable order is necessary for this court to obtain jurisdiction, *see McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam), we notified Appellant of our concern that his appeal was premature. *See* Tex. R. App. P. 26.2(a), 27.1(b). We warned that we would dismiss the appeal for want of jurisdiction unless, within ten days, Appellant or any other party furnished this court with a signed copy of a final judgment or an appealable order. *See* Tex. R. App. P. 44.3. More than ten days have passed, and we have not received a response.

Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 43.2(f); *see Richardson v. State*, Nos. 02-21-00191-CR, 02-21-00192-CR, 2022 WL 557427, at *1 (Tex. App.—Fort Worth Feb. 24, 2022, no pet.) (per curiam) (mem. op., not designated for publication).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 16, 2022

---

[1]The only document attached to Appellant's notice of appeal was an order appointing an attorney to represent him. *Cf. Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (recognizing that "[t]here is no right to hybrid representation").